# Third District Court of Appeal

## State of Florida

Opinion filed June 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1291
Lower Tribunal No. 24-22219-CA-01
_____

**Gregori Arzumanov,**
Appellant,

vs.

**Rabin & Lopez, P.A.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jason Emilios Dimitris, Judge.

The Lambert Law Firm Professional Corp., and George Lambert, for appellant.

Toth Funes PA, and Brian W. Toth and Freddy Funes, for appellee.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.